UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIKKITTA CAROL ANN BOOTHE,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

Defendant.

Case No. C17-5507RSL

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

The Court GRANTS plaintiff's *in forma pauperis* application, Dkt. 1, and ORDERS:

(1)     Plaintiff shall be issued summonses.

(2)     Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 6th day of July, 2017.

ROBERT S. LASNIK
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS